E-FILED
Friday, 17 September, 2010 05:14:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 10- 40091 |
| v. ) | |
| ) | VIO: Title 18, United States Code, |
| RONALD ALAN SEIVER, ) | Sections 2251(a) and (e), |
| ) | 2252A(a)(5)(B) and (b)(2), and 2253 |
| ) | |
| Defendant. ) | |

INDICTMENT

**FILED**

SEP 1 5 2010

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

THE GRAND JURY CHARGES:

COUNT ONE
(Possession of Child Pornography)

On or about August 24, 2010, in Warren County, in the Central District of Illinois and elsewhere, the defendant,

RONALD ALAN SEIVER,

did knowingly possess material that contained at least 100 visual depictions of child pornography, as defined in Title 18, United States Code § 2256(8), that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT TWO
### (Sexual Exploitation of a Child)

From at least July 1, 2008, through at least October 31, 2008, in Champaign County, in the Central District of Illinois and elsewhere, the defendant,

**RONALD ALAN SEIVER,**

did knowingly employ, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate and foreign commerce and that the visual depiction was produced using materials that had been transported in interstate and foreign commerce, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 2253.

From his engagement in the criminal violations alleged in Counts One and Two of this Indictment, the defendant,

**RONALD ALAN SEIVER,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

1. Any visual depiction or other matter containing such visual depiction which was possessed as alleged above in this Indictment; and

2. Any personal property used or intended to be used to commit or promote the commission of the offense charged above in this Indictment.

The property referred to above as items 1 and 2 includes, but is not limited to, the following:

    a. Acer Aspire Model 5720 Laptop Computer, bearing Serial Number 74110014116.

    b. SanDisk 16 Gigabyte (GB) Thumb Drive.

    c. Argus DC 1730 Digital Camera with 1 Gigabyte (GB) Memory Card, bearing Serial Number DC173003044167.

    d. Blackberry 8130 Cellular Telephone, bearing Serial Number ESN 07616343290.

    e. Kyrocera Cellular Telephone, bearing Serial Number F0000021425820.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL**
s/Foreperson

**FOREPERSON**

s/Matthew Cannon
For **JAMES A. LEWIS**
**UNITED STATES ATTORNEY**
**MDM**

- 3 -