## U.S. Immigration and Customs Enforcement

I, Ron Seiver, have been asked to give my consent to allow DHS-ICE to take over my computer user account(s):

| USER ACCOUNT | | PASSWORD |
|---|---|---|
| Facebook | Refuse | Soulcutter21@yahoo.com |
| Yahoo | Refuse | " |
| MSN | Refused | destinedforhell@MSN.com |
| World of Warcraft | Refused | Soulcutter@yahoo.com |
| blog.tv | Flag and Ban | iloveapril |

I have also been informed of right to refuse such consent.

I give my consent freely and I have not been threatened, placed under duress or promised anything in exchange for my consent.

I will discontinue the use of the aforementioned account(s) as of  8/24/10 12:25 pm

SIGNATURE

[signature redacted]

WITNESS

[signature redacted]

DATE

8-24-10