E-FILED
Friday, 02 December, 2011 11:10:12 AM
Clerk, U.S. District Court, ILCD

FILED
DEC - 2 2011
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Judge Shadid

Ronald is very much involved with his family. He loves his child Kendra and Jeremy. He calls them as much as he can. When he can't call them, He is always asking about them. He also wonders what they have been doing and how they are doing. If they are staying well or if they have been sick. Our son is a very good person. He would help anyone that needed help or needed something done. When the family has Mrs. a cook out or a family reunion, Ronald would be right there. Ronald is a very thoughtful person. Ronald is a very hard worker. He only missed work when he had to or because of bad weather. Ronald helped out with financial and with things around the house. When Ronald

Judge Shadid,

My name is Sandra McDorman. I am the sister of Ronald Seiver (he is my brother). I'm not exactly sure what is expected in this letter, but I will do my best to aid you.

Ronald is 4 years younger than me. We grew up fairly close to each other having the average sibling arguements. Somewhere along the way I noticed he started to gain very strong morals in life. He was not afraid to speak his mind and neither was I.

Ronald is very protective of his family, especially his children and mother. He believes in treating children very well as I have seen him do with his nephews (my sons, Dakota and Gage). They always enjoyed the time they had with him.

Although I have not seen him care for his own 2 children, I know he speaks highly of them and is living his life for them. He worries about how their mother is taking care of them

because she did not take care of them when he was around. He fed them, took them to fairs and always saw that they got to school. Ronald has always been very involved with his family.

Ronald does not believe in cheating on your significant other. He once stopped talking to me for almost a year because I cheated on and divorced my husband at the time. He will not let me forget how foolish it was.

Ronald, as you know, spent time in Canada and had 2 children there. He was not employed but was looking very hard for a job so he could help my mom with living expenses and send money to help take care of his kids.

We both went through our parents getting divorced as we were growing up. It impacted us both in different ways. I believe this is part of the reason he has very strong morals in life.

I know that Ronald has been a great friend to people along the way in his life, as they have told me this

themselves. He believes in true friends and doesn't think you should betray or backstab your friends.

To sum up the rest of the letter, I have always thought Ronald has been a good brother. He has always "had my back" and been there for me. Sometimes I wish I was a little more like him, and could be as strong as him.

I hope this helps you any way it can. Although I will not be making any decision here. I hope this helps you to understand Ronald a little more and can help you in making your decisions about the future of my brother's life.

Thank You,
Sandra McDorman