RONALD SEIVER, #17217-026 (Pro Se)
USP-Marion (CMU)
P.O. Box 1000
Marion, IL 62959



IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD SEIVER,<br><br>    Defendant. | MOTION FOR ORDER TO RELEASE<br>FILE MATERIALS<br><br><br><br><br>Case No. 10-CR-40091 |

COMES NOW the defendant, Ronald Seiver, pro se, and hereby moves this Court for an Order to compel defendant's previously appointed trial counsel to provide him with counsel's unrestricted file materials in this case, such papers being material to possible legal claims to be set forth in defendant's forthcoming motion under 28 U.S.C. §2255.

In support hereof, defendant submits the following:

1. Defendant pleaded guilty on the advice of trial counsel to one count of possessing child pornography, and one count of exploitation of a minor, in or around May of 2011. Defendant was subsequently sentenced by this Court to a total term of thirty-five years imprisonment on or about November of 2011.

2. The Seventh Circuit Court of Appeals affirmed defendant's conviction in August of 2012.

3. At no time throughout the case against defendant has defendant been able to review certain discovery materials, including investigative reports (police or defense), forensic reports or other evidentiary materials. Defendant therefore entered a "blind" guilty plea, based solely on the advise of counsel. Accordingly, defendant would need to review such evidentiary materials in order to determine whether his guilty plea was made knowingly and intelligently.

4. At no time throughout the case against defendant has he been made aware of the communications between defense counsel and the Assistant United States Attorney. Defendant was never offered a plea "deal". Accordingly, defendant would need to review counsel's working notes to discover if any "deal" was offered by the United States, and not communicated by counsel to defendant.

5. For purposes of sentencing, counsel for defendant failed to mitigate defendant's culpability via psychological evaluation, investigation of social history, et cetera. Accordingly, defendant would need to review counsel's working file materials in order to discover reasons justifying his failure to pursue such attempts at mitigation.

6. Counsel has communicated to defendant that he will turn over the above-requested materials only upon receiving an order from this Court. See: Letter of December 26, 2012, attached hereto.

7. Defendant does not request any materials that are deemed sensitive or restricted.

WHEREFORE, premises considered, defendant prays this Court will Order trial counsel to turn over to defendant the working file materials requested, or those which are authorized by the Court.

RESPECTFULLY SUBMITTED this 04 day of January, 2013.

*Ronald Seiver*
Ronald Seiver
Defendant, pro se

### CERTIFICATE OF SERVICE BY MAIL

I, Ronald Seiver, hereby certify that I have caused to be mailed, first-class postage prepaid, a true copy of the foregoing MOTION FOR ORDER TO RELEASE FILE MATERIALS, to the following:

> George F. Taseff
> Attorney at Law
> Federal Public Defender
> 401 Main Street, Suite 1500
> Peoria, IL 61602
>
> Michael D. McCoy, AUSA
> United States Attorney's Office
> 1830 2nd Avenue
> Rock Island, IL 61201

EXECUTED this 04 day of January, 2013.

*Ronald Seiver*
Ronald Seiver
Defendant, pro se

RONALD SEIVER, #17217-026 (pro se)
USP-Marion (CMU)
P.O. Box 1000
Marion, IL 62959

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ORDER |
| Plaintiff, | ) |
| v. | ) |
| RONALD SEIVER, | ) Case No. 10-CR-40091 |
| Defendant. | ) Hon. James E. Shadid |

Before the Court is Defendant's Motion for Order to Release File Materials.

Having reviewed defendant's Motion, and good cause appearing, it is hereby **Ordered**,

1. That attorney George F. Taseff of the Federal Public Defender's office provide to defendant counsel's working file in this case, less any and all photographic evidence or other restricted materials.

BY THE COURT,

_____
James E. Shadid
United States District Court Judge



**FEDERAL PUBLIC DEFENDER**
**CENTRAL DISTRICT OF ILLINOIS**

December 26, 2012

Mr. Ronald Seiver
Reg. No. 17217-026
USP Marion
P.O. Box 1000
Marion, IL 62959

    Re:    Request for Office File

Dear Ronald:

    This is in response to your letter of December 17, 2012, requesting that I mail you "all the documents in the attorney's file regarding my case."

    You are correct in your assessment that my office file is "voluminous." Enclosed are copies of the court's docket orders in your case. Also, consistent with our office policy, we have mailed you copies of all charging instruments, motions, memoranda, pleadings and orders filed in your case. We also sent you a copy of your PSR and all the briefs filed in your appeal. In short, we have furnished you with copies of everything you would need to prepare your § 2255 petition once your direct appeal is exhausted.

    I am not at liberty, however, to copy and disseminate to you the Government's discovery materials that were furnished me by the United States Attorney's Office during the course of my representation. Our district has strict rules regarding defense counsel's handling of discovery materials, and I cannot, and will not, mail them to you unless I am ordered by the Court.

    If you are intent on obtaining copies of the discovery materials furnished me by the United States Attorney's Office, you should file a *pro se* motion with the Clerk of the United States District Court, Central District of Illinois, 203 U.S. Courthouse, 211 19th Street Rock Island, IL 6120, setting forth the specific reasons why the Court should order me to give you copies of all the discovery materials that were furnished me by the United States Attorney's Office.

---

| CHIEF FEDERAL PUBLIC DEFENDER | TRIAL DIVISION | APPELLATE DIVISION | OFFICES | |
|---|---|---|---|---|
| Jonathan E. Hawley | Robert Alvarado, Chief | Johanna Christiansen, Chief | 401 Main St., Ste. 1500 | 600 E. Adams St., 2nd Fl. Springfield, IL 62701 (217) 492-5070 (217) 492-5077 (fax) |
| | Karl Bryning | Daniel Hansmeier | Peoria, IL 61602 | |
| SENIOR LITIGATOR | John Taylor | A. Brian Threlkeld | (309) 671-7891 | |
| George Taseff | Daniel Hillis | Elisabeth Pollock | (309) 671-7898 (fax) | 300 W. Main Street Urbana, IL 61801 (217) 373-0666 (217) 373-0667 (fax) |
| | Peter Henderson | | | |
| | Chris Quinlan | Website: http://ilc.fd.org | | |