E-FILED
Monday, 11 March, 2013  04:49:43 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 11 2013
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

RONALD A. SEIVER, #17217-026 (Pro Se)
USP-MARION (CMU)
P.O. BOX 1000
MARION, IL 62959

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | DEFENDANT'S MOTION FOR |
| ) | ENFORCEMENT OF COURT'S |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| RONALD A. SEIVER, ) | CASE NO. 10-CR-40091 |
| ) | |
| Defendant. ) | |

COMES NOW defendant Ronald A. Seiver, pro se, and hereby moves this Court to enforce its Order of November 30, 2011, directing the United States Probation Officer to amend the Presentence Investigation Report in the above-entitled and numbered action.

In support hereof, defendant submits the following:

1. This Court sentenced defendant in this matter on November 11, 2011. Defendant had pending before the Court his objection to the PSR at the time of sentencing.

2. Specifically, defendant objected to paragraph 22 of the PSR, which referenced an alleged email from defendant, on the grounds of relevance and the adverse effect upon defendant regarding the Federal Bureau of Prisons' use of such information.

3. At sentencing, the Court adopted defendant's position with regard to his objection to the PSR, and thereafter ordered

the United States Probation Officer to amend the PSR accordingly.

4. Upon reviewing his Central File maintained by the Bureau of Prisons, defendant discovered that the PSR remained unchanged.

5. Defendant wrote to the Probation officer, requesting that the PSR be amended, as ordered by the Court. The Probation officer responded, denying defendant's request. See: <u>Letter</u>, attached hereto.

6. Defendant submits that the Bureau of Prisons is indeed using the information in paragraph 22 of the PSR, in part, to adversely classify him. Moreover, this information will adversely effect his eligibilty for rehabilitation programs in the future.

7. Defendant asks the Court to not only enforce its previous Order that directs the USPO to amend the PSR, but also asks it to order the Bureau of Prisons to expunge from their records system all copies of the un-amended PSR.

**WHEREFORE,** premises considered, and in the interest of justice, defendant prays the Court will grant his motion and thereafter order the PSR amended, and the previous editions of the PSR expunged from the FBOP's records system.

RESPECTFULLY SUBMITTED this 4 day of March, 2013.

_Ronald Seiver_
Ronald A. Seiver
Defendant, pro se

## CERTIFICATE OF SERVICE BY MAIL

I, Ronald A. Seiver, do hereby certify that I have this date caused to be mailed a true copy of the attached <u>Defendant's Motion For Enforcement of Court's Order</u>, first-class postage prepaid, to the following:

>George F. Taseff
>Attorney at Law
>Federal Public Defender
>401 Main Street, Suite 1500
>Peoria, IL 61602
>
>Michael D. McCoy, AUSA
>United States Attorney's Office
>1830 2nd Avenue
>Rock Island, IL 61201
>
>Mary Seaton-Ewers, USPO
>United States Probation Office
>100 N.E. Monroe Street, Room 314
>Peoria, IL 61602

EXECUTED this 4 day of March, 2013.

*Ronald Seiver*
Ronald A. Seiver
Defendant, pro se

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PROBATION DIVISION

**DOUGLAS L. HEUERMANN**
Chief U.S. Probation Officer



Please Reply To: Rock Island

February 21, 2013

Milt Neumann
Case Manager
United States Penitentiary
4500 Prison Road
P.O. Box 2000
Marion, IL 62959

                                  RE:   Ronald Seiver
                                          #17217-026

Dear Mr. Neumann:

I am responding to your letter dated January 31, 2013, regarding Ronald Seiver's objection to paragraph 22 of the presentence report.

I have attached the Addendum to the Presentence Report which indicates the defendant did object to paragraph 22. The Addendum contains the Court's handwritten notes/comments indicating the two-level increase was not assigned for obstructing or impeding the administration of justice. The Court however pointed out (see bracket in right hand margin on page 26) that the information is useful pursuant to 18 USC 3553 factors.

I have no information that supports the defendant's claim that "he did rule that the e-mail was to be removed from the report."

If there are questions or problems, please call me at 309/793-5784, extension 7051.

                                                     Sincerely,

                                                     MARY J. SEATON-EWERS
                                                   U.S. Probation Officer

MJS:jsl

100 N.E. Monroe
Suite 314
Peoria 61602-1051
Tel: 309-671-7031
Fax: 309-671-7231

235 U.S. Courthouse
211 19th Street
Rock Island 61201-8074
Tel: 309-793-5784
Fax: 309-793-5879

108 U.S. Courthouse
600 East Monroe
Springfield 62701
Tel: 217-492-4215
Fax: 217-492-4218

127 U.S. Courthouse
201 S. Vine Street
Urbana 61802-9919
Tel: 217-373-5851
Fax: 217-373-5860