Dear Office of the Clerk,

My name is Ronald Seiver. I was sentenced on November 30, 2011 at the Federal Courthouse in Peoria, IL. I would like to know how much it costs to obtain a copy of the transcripts from my sentencing. My case number is 10-CR-40091. Thank you for your time in this matter.

Sincerely,

Ronald Seiver

FILED
MAR 25 2013
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Ronald Seiver
#17217-026
USP Marion
P.O. Box 1000
Marion, IL 62959

Legal Mail

⇔17217-026⇔
Office Of The Clerk
US District Court
100 NE Monroe ST
ROOM 309
Peoria, IL 61602
United States





Justice
FOREVER