4:10-cr-40091-JES-JAG  # 62  Page 1 of 2

E-FILED
Thursday, 15 August, 2013 04:51:19 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 16 2013
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.                    CASE NO. 10-CR-40091

RONALD A. SEIVER

## MOTION REQUESTING CERTIFICATE OF APPEALIBILITY

Comes Now, Defendant, Ronald A. Seiver and respectfully moves the Court for a Certificate of Appealibility. In support thereof the Defendant states the following:

1. Defendant filed a motion requesting the Court to order the Bureau of Prisons to remove a section from the Defendant's PSR that the Court said to strike during the hearing held in regard to objections to the PSR.

2. On April 3rd, 2013 the Court denied the motion, and on or around the beginning of July 2013 the Defendant filed a Motion for Reconsideration and the Court denied the Motion for Reconsideration on July 29, 2013.

## ARGUMENT

Defendant argues that the Honorable Judge James E.

Shadid ruled to strike a portion of the Defendant's PSR during the hearing held to argue objections to the PSR. Defendant is currently incarcerated at USP Marion in the BOP, and the BOP is holding the portion of the PSR that was stricken by the Court against the Defendant causing him prejudice. Transcript shows that the specific portion of the PSR was stricken by the Court, however, it has never been removed from the PSR.

    WHEREFORE, the Defendant prays that the Court will grant his request to appeal the denial of motions filed requesting the Court order the Bureau of Prisons to remove the stricken portion of Defendant's PSR.

Respectfully Submitted,

Ronald A. Seiver
August 12, 2013