UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

ROCK ISLAND DIVISION

FILED

JUL - 6 2015

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 10-CR-40091 |
| | ) | |
| RONALD A. SEIVER, | ) | |
| Defendant, | ) | |

MOTION TO MODIFY CONDITIONS
OF SUPERVISED RELEASE PURSUANT TO
18 U.S.C. & 3563(c) AND FEDERAL RULES OF
CRIMINAL PROCEDURE 32.1(c)


Ronald A. Seiver, defendant in this action moves the Court for an order modifying the terms and conditions of his supervised release as follows:

1. Eliminate or modify the standard condition of supervised release forbidding the defendant from associating with any person who has been convicted of a felony.

2. Eliminate or modify the standard condition of supervised release that states that the defendant must notify third parties of risks that may be occasioned by the defendant's criminal record and personal history or characteristics.

3. Eliminate or modify the standard condition of supervised release that states that the defendant shall support his dependents and meet other family responsibilities.

4. Eliminate or modify the standard condition of supervised release that states that the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

5. Eliminate or modify the standard condition of supervised release that the defendant shall refrain from any use of alcohol.

6. Eliminate or modify the special condition of supervised release that states that the defendant shall participate in a program for substance abuse treatment and pay for these services.

7. Eliminate or modify the special condition of supervised release that states that the defendant shall pay for installing filtering software on any computer he may possess which will monitor or block access to sexually oriented websites.

8. Eliminate or modify the special condition of supervised release that states that the defendant shall have no contact with any person under the age of 18 except in the presence of a responsible adult who is aware of the nature of your background and current offense.

9. Eliminate or modify the special condition of supervised release that states that the defendant shall not receive or transmit

any sexually arousing material, including child pornography, via the internet nor visit any website, including chatrooms or bulletin boards containing any sexually arousing material, including child pornography.

10. Eliminate or modify the special condition of supervised release that states that the defendant shall pay for participating in a sex offender treatment program.

11. Eliminate or modify the special condition of supervised release that states that the defendant shall neither possess nor have under his control any material, legal or illegal, that contains nudity or that depicts or alludes to sexual activity or depicts sexually arousing material.

12. Modify the term of supervised release imposed by the Court.

## GROUNDS FOR RELIEF

As established by the supporting Memorandum these modifications are necessary because,

1. On November 30, 2011, Ronald A. Seiver, first time offender, was sentenced to a term of lifetime supervised release as a result of him pleading guilty to a charge of possession of child pornography, and exploitation of a child.

2. The terms and conditions of the supervised release are vague, ambiguous, overbroad, or inappropriate.

## CONCLUSION

For the reasons stated, Ronald A. Seiver requests the Court to

1. Set this matter for a hearing according to the provisions of rule 32.1 of the Federal Rules Of Criminal Procedure.

2. Following that hearing, eliminate the conditions of supervised release that are vague, ambiguous, overbroad, or inappropriate.

Respectfully Submitted,

*Ronald A. Seiver*
Ronald A. Seiver #17217-026

## CERTIFICATE OF SERVICE

I, Ronald A. Seiver, hereby certify that I mailed a true and correct copy of this motion to modify the conditions of supervised release to the Clerk of the Court on this 26 day of June year 2015 VIA the United States Postal Service postage pre-paid.

*Ronald A. Seiver*
Ronald A. Seiver #17217-026
United States Penitentiary
P.O. Box 1000
Marion, IL 62959