

| KENNETH A. WELLS<br>CLERK OF COURT | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>OFFICE OF THE CLERK | TEL: 217.492.4020<br>FAX: 217.492.4028 |

March 18, 2016

Ronald Alan Seiver, 17217-206
*USP Marion – Inmate Mail*
P.O. Box 1000
Marion, IL  62959

Re: Request for Plea Agreement        Case No. 10-40091

Dear Ronald Alan Seiver,

    This letter is in response to your request for a copy of the Plea Agreement from your Change of Plea hearing held on 5/13/2011. Please see attached, a copy of the minute entry from this hearing wherein you entered a BLIND Plea of Guilty. Meaning, there was no Plea Agreement entered in this case as you pled guilty orally, in open court.

    I hope this helps to satisfy your request.


        Sincerely,

        Kenneth A Wells
        *Clerk of Court*

| Peoria Division | Urbana Division | Springfield Division | Rock Island Division |
|---|---|---|---|
| 100 N.E. Monroe St. | 201 S. Vine St. | 600 E. Monroe St. | 211 19th St. |
| Room 309 | Room 218 | Room 151 | Room 203 |
| Peoria, IL 61602 | Urbana, IL 61802 | Springfield, IL 62701 | Rock Island, IL 61201 |
| 309.671.7117 | 217.373.5830 | 217.492.4020 | 309.793.5778 |