

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**OFFICE OF THE CLERK**
TEL: 217.492.4020
FAX: 217.492.4028

October 10, 2018

RE:  USA v. Seiver, 4:10-cr-40091

Dear Attorneys Taseff and Mehochko

    The exhibits in the above case are currently in the possession of the Clerk's Office in Rock Island, Illinois and need to be removed from our vault.  It is your responsibility to retrieve these exhibits.

    **Please make arrangements to retrieve the exhibits from the above-referenced case by 11/10/2018, or they will be destroyed**.  Thank you for your prompt attention to this matter.

    Sincerely,

    SHIG YASUNAGA, CLERK
    U.S. DISTRICT COURT

    BY:   Kerin Burns
            Division Manager