Receipt for Exhibits April 4, 2011

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

10/15/2018

RE: USA v. Seiver, 4:10-cr-40091

## Receipt for Exhibits

Received Government's exhibits as reflected in the attached exhibit lists from the 4/12/2011 Motion to Suppress and the 11/30/2011 Sentencing held on the above case from the Clerk, U.S. District Court for the Central District of Illinois, Rock Island, Illinois, this 18 day of October, 2018.

Received by: _____